1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAELS STORES, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO. 14-cv-00500-WBS-EFB<br><br>**ORDER GRANTING DEFENDANT MICHAELS STORES, INC.'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Hearing<br>Date:   April 21, 2014<br>Time:   2:00 p.m.<br>Place:  Courtroom 5<br>Judge:  Hon. William B. Shubb |

The request of Defendant Michaels Stores, Inc. ("Michaels") to appear telephonically at the April 21, 2014 hearing on Defendant's Motion for Transfer of Venue to the Central District of California Pursuant to 28 U.S.C. § 1404(a) (ECF No. 7) is hereby GRANTED. Counsel for Michaels, Jesse Cripps of Gibson, Dunn & Crutcher, will be available on the day of the hearing at (213) 229-7792. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

Dated: April 15, 2014

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT MICHAELS STORES, INC.'S REQUEST FOR TELEPHONIC APPEARANCE