JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re:*<br><br>MICHAELS STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | Case Number:<br>**MDL 14-2531-GW (AGRx)** |
| L. ANDERSON,<br>    Plaintiff,<br>v.<br>MICHAELS STORES, INC., a Delaware corporation,<br>    Defendant. | Case Number:<br>**CV 14-4325-GW(AGRx)**<br><br>**ORDER ON STIPULATION TO DISMISS, WITH PREJUDICE, CLAIMS OF PLAINTIFF, L. ANDERSON, IN CIVIL ACTION NO. 14-cv-04325 GW (AGRx)**<br><br>Hearing date:[*No hearing required.*]<br>Hearing time:[*No hearing required.*]<br>Judge:    HON. GEORGE H. WU |

**ORDER ON STIPULATION TO DISMISS, WITH PREJUDICE, CLAIMS OF PLAINTIFF, L. ANDERSON, IN CIVIL ACTION NO. 14-cv-04325 GW (AGRx) – PAGE 1**

CAME ON to be considered the Stipulation to Dismiss, With Prejudice, Claims of Plaintiff, L. Anderson, in Civil Action No. 14-cv-04325 GW (AGRx), entered by and between Plaintiff, L. Anderson **(hereinafter "Anderson"),** and Defendant, Michaels Stores, Inc. **(hereinafter "Michaels"),** and the Court has found that same should be approved and adopted as the Order of the Court.

IT IS, THEREFORE, ORDERED that all claims asserted in Civil Action No. 14-cv-04325 GW (AGRx) by Plaintiff, L. Anderson, shall be, and hereby are, DISMISSED, WITH PREJUDICE.

Dated: September 8, 2016

GEORGE H. WU, U.S. DISTRICT JUDGE

[LA14CV04325GW-O JS-6.wpd]